No. 75–5792. KING ET AL. v. NORTH CAROLINA. Sup.

904

Ct. N. C.

No. 75–5949. AVERY *v.* NORTH CAROLINA. Sup. Ct. N. C.